IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No: CR417-244 |
| v. ) | |
| ) | |
| ESHON GRANT, ) | |
| DEFENDANT. ) | |

## MOTION FOR DETENTION

The United States hereby moves this Court to detain Eshon Grant because he is a flight risk, danger to the community, and there is a serious risk that the defendant will obstruct or attempt to obstruct justice.

### I.    Charges

In November 2017, the Southern District of Georgia Grand Jury returned a sealed indictment charging the defendant with being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1). The matter was subsequently unsealed.

### II.    Detention Factors

Title 18, United States Code, Section 3142(g) outlines the factors that the Court should consider when determining whether a defendant should be detained. The Court should consider, among other factors: the nature and circumstances of the offense, the weight of evidence against the person; and the history and characteristics of the person. The government submits that all of these factors weigh toward detention in the case at hand.

a. **The nature and circumstances of the offense:**

The Cuyler Brownsville neighborhood is one of the oldest neighborhoods in Savannah, Georgia. It is a residential neighborhood that was designed shortly after the Civil War, and it is recognized as a National Register Historic District. The neighborhood contains homes, churches, schools, and businesses.

Over the last year, dozens of Cuyler Brownsville residents have expressed safety concerns to local and federal law enforcement and even to the Savannah Mayor. Citizens have expressed that they are afraid to exit their homes and even sit on their porches because they are afraid of getting harmed by gunfire. They have also complained about drug dealing and excessive loitering.

In response to the complaints, the Savannah Chatham Metropolitan Police Department (SCMPD), the Georgia Bureau of Investigation (GBI), and the Bureau of Alcohol, Tobacco, Firearms and Explosives, united in an effort to combat the apparent uptick in violent crime and drug dealing. Over the last year, investigators used a number of techniques to identify the small group of criminals who were committing such a large number of crimes in the neighborhood. Investigators used confidential informants to purchase drugs and firearms; conducted surveillance; and executed search warrants.

On June 27, 2017, SCMPD officers executed a traffic stop near the Cuyler Brownsville neighborhood because the driver failed to stop at two stop signs. Upon stopping the vehicle, the female passenger exited the car and approached the officer. She was upset and told the officer that her passenger, the defendant, had a firearm

in his possession. Officers approached the passenger and asked him to exit the vehicle. He made furtive movements and was non-compliant with the officer's commands. After being removed from the car, officers initiated a pat down on the defendant, who told the officers that he had a firearm tucked under his genitals. Officers seized the loaded Smith and Wesson .40 caliber firearm. The defendant, a convicted felon, had gang tattoos on his arms. Investigators determined that the firearm was stolen and had been used in three prior shootings, including one where the defendant was shot.

### b. The weight of evidence against the person:

The weight of evidence against the defendant is strong. The defendant, a felon, was caught in possession of a firearm. It was found under his genitals; and he admitted possessing it.

### c. The history and characteristics of the person:

The defendant has a lengthy criminal history that involves arrests for Obstruction of Law Enforcement, Battery, Escape, drug crimes, Tampering with Evidence, thefts, probation violations, and other crimes. He also has at least one felony drug conviction.

### III. Conclusion

Because there are no conditions that can ensure the defendant will not flee, endanger others, or attempt to obstruct justice, this Court should detain the defendant.

*Signature on following page*

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY


**s/ *Tania D. Groover***
Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2552
Facsimile: (912) 652-4388
E-mail: tania.groover@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

Submitted this 28th day of November, 2017.

                                                    BOBBY L. CHRISTINE
                                                  UNITED STATES ATTORNEY

                                                  **s/ *Tania D. Groover***
                                                  Tania D. Groover
                                                  Assistant United States Attorney
                                                  Georgia Bar No. 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2552
Facsimile: (912) 652-4388
E-mail: tania.groover@usdoj.gov